

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Justin Wright, Appellant

No. 06-15-00001-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13-F-1055-005). Opinion delivered by Chief Justice Morriss, Justice Moseley and *Justice Carter participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Justin Wright, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 11, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk